# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Luis Salazar-Monroy    *PRINCIPAL*
YOB:  1994
the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

M-17- 2338 -M

*United States District Court*
*Southern District of Texas*
*FILED*
*DEC 2 2 2017*

*Clerk of Court*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 21, 2017__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Gloria Anabel Lozano-Alamillo, a citizen and national of the United Mexican States, along with three (3) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Donna, Texas to the point of arrest near Donna, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)    FELONY__

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

**On December 21, 2017, Border Patrol Agents were conducting surveillance near the Rio Grande River in Donna, Texas. Agents observed a red GMC Yukon heading south on McManus Road towards the Rio Grande River and stopping near an irrigation pump. This area is known for alien smuggling and is less than 10 yards away from the Rio Grande River.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

*Approved*
*RJC*
*AUSA*

Signature of Complainant

**Salvador Mendez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 22, 2017**                            at  **McAllen, Texas**
Date                                                    City and State

**Dorina Ramos    , U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-17- 2338 -M

**RE:** Jose Luis Salazar-Monroy

**CONTINUATION:**

The Yukon remained stationary for a few seconds and then proceeded to travel back north on McManus Road. An agent nearby was driving south and observed the same Yukon make an abrupt left turn heading west. The agent proceeded to follow the Yukon as it was now traveling north on Farm to Market Road 493 towards U.S. Highway 281. The agent continued to follow the Yukon for several miles until it came to a stop in a residential area. The agent observed the driver immediately exit the Yukon and abscond. The agent relayed the information and gave a description of the male subject wearing a black shirt, black pants and blue shoes. Additional agents approached the Yukon and were able to detain four subjects later determined to be illegally present in the United States. An immediate search of the area was conducted and agents were able to locate and apprehend the driver, later identified as Jose Luis SALAZAR-Monroy, hiding in the backyard of a residential home.

All subjects were placed under arrest and transported to the Border Patrol Station for processing.

### *PRINCIPAL*

Jose Luis SALAZAR-Monroy, a citizen of Mexico, was read his Miranda Rights and agreed to provide a statement without an attorney present.

SALAZAR stated he was hired by a smuggler and agreed to pick up and transport illegal aliens in Donna, Texas, to pay for his smuggling fees. SALAZAR stated a foot guide instructed him over the phone on where to go to pick up the illegal aliens. After picking up the illegal aliens, SALAZAR claimed he noticed a police truck behind him and the smuggler instructed him over the phone not to stop. SALAZAR stated when Border Patrol started to follow him, he came to a stop and ran away. SALAZAR stated he knew the individuals he transported were illegal aliens and has transported illegal aliens in the past.

### *MATERIAL WITNESS*

Gloria Anabel LOZANO-Alamillo, a citizen of Mexico, stated she made the smuggling arrangements and paid $1,000. She was smuggled into the United States on December 21, 2017 along with four others. Lozano indicated she was instructed by a guide to board the vehicle where she was later found in. Once inside the vehicle, Lozano stated she feared for her life because the driver was driving fast and unsafe.

Lozano identified Salazar, through a photo lineup, as the driver of the vehicle.