UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CR. NO. <u>7:17-mj-02338</u> |
| JOSE LUIS SALAZAR-MONROY | § § § | |

In re: GLORIA ANABEL LOZANO-ALAMILLO

<u>MOTION TO DEPOSE MATERIAL WITNESS</u>

NOW COMES Gloria Anabel Lozano-Alamillo, and files this her Motion to Depose Material Witness, pursuant to 18 USC 3144 and Rule 15 F.R.Cr.P. and for cause would show the Court the following:

I.

On December 22, 2017, Gloria Anabel Lozano-Alamillo was ordered held as a material witness in CR. NO. 7:16-mj-02338. Gloria Anabel Lozano-Alamillo is held without bond and is currently being detained at a detention facility.

II.

Gloria Anabel Lozano-Alamillo invokes Federal Rule of Criminal Procedure 15(a), and prays that the deposition of her testimony be taken as soon as is practical, and that upon such deposition being completed, she be released and/or deported to her home country.

III.

Gloria Anabel Lozano-Alamillo's testimony can be secured by deposition. Gloria Anabel Lozano-Alamillo is indigent, and asks the Court that all costs herein be paid by the Government.

WHEREFORE, PREMISES CONSIDERED, Gloria Anabel Lozano-Alamillo prays this Court to order her deposition, that a time and place be designated in order that adequate notice be accomplished, that all costs be taxed against the Government, and for such further relief that the Court may deem appropriate.

Respectfully submitted by:

/s/ Michael J. Cisneros
**Michael J. Cisneros,** Attorney-in-charge
State Bar No.: 00793509
Southern District Bar No.: 19522
The Cisneros Law Firm L.L.P.
312 Lindberg Avenue
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Attorney for
Gloria Anabel Lozano-Alamillo
Material Witness

CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this the <u>2nd</u> day of January, 2018, a true and correct copy of Motion to Depose Material Witness was sent to all attorneys of record via electronic mail.

<u>/s/ Michael J. Cisneros</u>
Michael J. Cisneros